**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

IN RE: ROSHELL CAMPBELL                               Case No. 21-10834-JDW
                                                      Chapter 13 Proceedings

**AGREED ORDER ON TOWER LOAN'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN (#20)**

The Court is advised that the parties have settled the matter of TOWER LOAN'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN (#20) and agree that this Objection should be overruled. The Court finds that the agreement of the parties is well founded and should be incorporated into this Order.

**The claim of Tower Loan filed in the amount of $4,967.85 shall be treated as follows:**

Secured         $400.00 to be paid through the plan together with interest at the rate of 5.25% over the life of the plan.

That the automatic stay of 11 U.S.C. § 362 is hereby immediately terminated as to the 2015 Yamaha four-wheeler. Upon disposition of the aforementioned collateral, Tower may be entitled to file a deficiency claim.

**The claim of Tower Loan filed in the amount of $3,665.42 shall be treated as follows:**

Secured         $650.00 to be paid through the plan together with interest at the rate of 5.25% over the life of the plan. The remainder of Tower's claim, $3,015.42 shall be treated as a general unsecured claim.

Therefore, it is Ordered and Adjudged that TOWER LOAN'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN (#20) is overruled. The agreement of the parties as expressed herein is hereby adopted by the Court.

##END OF ORDER##

Agreed:

_[signature]_

Prepared By:
John E. Tucker
MSB #10020
First Tower Loan, LLC
P. O. Box 320001
Flowood, MS 39232-0001
Telephone: (601) 992-0936
Fax: (601) -99-5176

Please See Attached

---

Robert Lomenick
For the Debtor
MSB#: 104186
rlomenick@gmail.com
126 North Spring Street, P.O. Box 417
Holly Springs, MS 38635

Please See Attached

---

Locke D. Barkley
For the Trustee
ssmith@barkley13.com
6360 I55 North, Suite 140
Jackson, MS 39211

Agreed:

**Please See Attached**

---

Prepared By:
John E. Tucker
MSB #10020
First Tower Loan, LLC
P. O. Box 320001
Flowood, MS 39232-0001
Telephone: (601) 992-0936
Fax: (601) -99-5176

/s/ Robert Lomenick
---
Robert Lomenick
For the Debtor
MSB#: 104186
rlomenick@gmail.com
126 North Spring Street, P.O. Box 417
Holly Springs, MS 38635

**Please See Attached**

---

Locke D. Barkley
For the Trustee
ssmith@barkley13.com
6360 I55 North, Suite 140
Jackson, MS 39211

Agreed:

**Please See Attached**

---

Prepared By:
John E. Tucker
MSB #10020
First Tower Loan, LLC
P. O. Box 320001
Flowood, MS 39232-0001
Telephone: (601) 992-0936
Fax: (601) -99-5176

**Please See Attached**

---

Robert Lomenick
For the Debtor
MSB#: 104186
rlomenick@gmail.com
126 North Spring Street, P.O. Box 417
Holly Springs, MS 38635

/s/ Jeff Collier
---
Locke D. Barkley
For the Trustee
ssmith@barkley13.com
6360 I55 North, Suite 140
Jackson, MS 39211